IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                                      PLAINTIFF

v.                              CASE NO. 4:20-CR-00314-BSM

JUSTIN CHAMBERS                                                                DEFENDANT

## ORDER

The government's motion to dismiss the indictment against Justin Chambers [Doc. No. 20] is granted. The indictment against Chambers is dismissed without prejudice pursuant to Federal Rule of Criminal Procedure 48(a).

IT IS SO ORDERED this 23rd day of March, 2021.

_____
UNITED STATES DISTRICT JUDGE